DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division

JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7164
    FAX: (415) 436-7234
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants

HANNAH SHEARER (CABN 292710)
    Giffords Law Center to Prevent Gun Violence
    268 Bush Street #555
    San Francisco, CA 94104
    hshearer@giffords.org
    Phone (415) 433-2062
    Fax: (415) 433-3357

BENJAMIN SEEL**
    Democracy Forward Foundation
    1333 H Street NW, Ste. 1100
    Washington, DC 20005
    bseel@democracyforward.org
    Phone: (202) 448-9090
    Fax: (2020) 701-1775
    ** admitted *pro hac vice*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE & BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES <br><br> Defendants. | CASE NO.18-cv-6171 DMR <br><br> **JOINT STIPULATION OF DISMISSAL; PROPOSED ORDER** |

JOINT STIPULATION OF DISMISSAL
CASE NO. 18-CV-6171 DMR

1 | Plaintiff, Giffords Law Center to Prevent Gun Violence, and Defendants, the U.S. Department of
2 | Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives, stipulate to dismissal of this
3 | matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each
4 | party will bear its own attorneys' fees and costs.

DATED: July 29, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　 */s/ Jevechius D. Bernardoni*
　　　　　　　　　　　　　　　　　　　　JEVECHIUS D. BERNARDONI
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　DEMOCRACY FORWARD FOUNDATION

　　　　　　　　　　　　　　　　　　　　 */s/ Benjamin Seel*
　　　　　　　　　　　　　　　　　　　　BENJAMIN SEEL
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*\* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

## [PROPOSED] ORDER

In light of the parties' Joint Stipulation of Dismissal, the case is hereby DISMISSED with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.


Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION OF DISMISSAL
CASE NO. 18-CV-6171 DMR